**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:13-CV-219 Lead Case |
| CHRYSLER GROUP LLC, | § § § | |
| *Defendant.* | § § | |
| TQP DEVELOPMENT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:12-CV-721 Consolidated Case |
| HUGHES NETWORK SYSTEMS, LLC, | § § § | |
| *Defendant.* | § § | |

**ORDER**

Before the Court is the parties' motion for an Order of Dismissal With Prejudice (Dkt. No. 167). The motion is GRANTED. The Court dismisses with prejudice all claims and counterclaims asserted between plaintiff TQP Development, LLC, and defendant Hughes Network Systems, LLC, in the lead consolidated case <u>TQP Development, LLC v. Chrysler Group LLC</u>, No. 2:13-cv-219, and <u>TQP Development, LLC v. Hughes Network Systems, LLC</u>, No. 2:12-cv-721. Each party will bear its own attorneys' fees, expenses, and costs.

The Clerk is ORDERED to terminate the listed defendant from Case No. 2:13-cv-219, and the Clerk is ORDERED to close Case No. 2:12-cv-721.

It is so ORDERED.

SIGNED this 24th day of February, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE